[No. 5373–1. Division One. May 22, 1978.]

THE CITY OF SEATTLE, *Respondent*, v. LILLY L. LEACH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 801906, Frank D. Howard, J., entered January 13, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5418–1. Division One. May 22, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK G. WELLIVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 78911, Lloyd W. Bever, J., entered February 15, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 5434–1. Division One. May 22, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD B. ROWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 8217, Paul D. Hansen, J., entered February 25, 1977. *Dismissed* by unpublished per curiam opinion.